# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH ZAWATSKY** and **JOHN TATE**, | : |
| Plaintiffs, | CIVIL ACTION NO. 3:16-1725 |
| v. | (JUDGE MANNION) |
| **JEDDO STARS ATHLETIC ASSOCIATION, et al.,** | : |
| Defendants | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED, THAT:**

**(1)** The plaintiffs' motion to remand, (Doc. 4), is **GRANTED**;

**(2)** The defendants' motions to dismiss pursuant to Fed.R.Civ.P. 12(b)(6), (Doc. 7, Doc. 12), are **DISMISSED WITHOUT PREJUDICE** to re-filing in the state court;

**(3)** The plaintiffs' motion to stay, (Doc. 8), is **MOOT**; and

**(4)** The case is **REMANDED** to the Pennsylvania Court of Common Pleas for Luzerne County.

**(5)** The plaintiffs requests attorneys' fees and costs is **DENIED**. Each party is to bear their own costs.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 19, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1725-01-Order.wpd